# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-33862 |
| | ) | |
| Norman Mixon, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Donald R. Cassling |

### NOTICE OF FILING AMENDED FORM 121, STATEMENT OF SOCIAL SECURITY NUMBER

To the following persons or entities:
*SEE ATTACHED LIST

---

**Please take notice of the filing of the attached Form 121: Amended Statement of Social Security Number.**

**Incorrect SSN:** REDACTED 5549
**Correct SSN:** REDACTED 5549

(The Social Security numbers above and on the copies of Form 121 attached to this filing have been redacted. The copies of Form 121 filed with the court and the copies of this notice and of Form 121 which were sent out on notice attached include the complete Social Security numbers.)

---

/s/ Christine H. Clar

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on December 8, 2017 with proper postage prepaid.

/s/ Christine H. Clar

Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th Floor
Chicago, IL 60604-1702

AT&T
Bankruptcy Department
5407 Andrew Highway
Midland, TX 79706-2851

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

CORPORATE AMERICA FAMILY CREDIT UNION
1807 W DIEHL RD
NAPERVILLE, IL 60563-1890

Comcast
Bankruptcy Department
11621 E. Marginal Way 5
Tukwila, WA 98168-1965

Consolidated Financial Federal Cred
c/o Blitt & Gaines, PC
661 Glenn Ave
Wheeling, IL 60090-6017

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057-4975

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

GECRB/TJ Max
4125 Windward Plaza
Alpharetta, GA 30005-8738

Illinois Dcfs
509 S 6th St
Springfield, IL 62701-1809

Prestige Financial Services
PO BOX 26707
SALT LAKE CITY, UT 84126-0707

Prestige Financial Svc
351 W Opportunity Way
Draper, UT 84020-1399

SYNCB/TJX CO DC
PO box 965036
Orlando, FL 32896-5036

SYNCB/WALMART
PO Box 965024
Orlando, FL 32896-5024

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Norman Mixon
8600 S. Euclid 1st Fl.
Chicago, IL 60617-2912

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

Equifax Credit Information Services, LLC
P.O. Box 740241
Atlanta, GA 30374

Experian National Consumer Assistance Center
P.O. Box 4500,
Allen, TX 75013

TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 17-33862

Official Form 121  **AMENDED**
Statement About Your Social Security Numbers                                   12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Part 1: Tell the Court About Yourself and Your Spouse if Your Spouse is Filing With You**

1. Your name

   Norman
   First name

   Middle name

   Mixon
   Last name

**Part 2: Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers**

2. All Social Security Numbers you have used

   REDACTED -5549

   ☐ You do not have a Social Security Number
   ☐ You do not have a Social Security Number

3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used

   ☑ You do not have an ITIN.
   ☐ You do not have an ITIN.

**Part 3: Sign Below**

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X  *Norman Mixon*
Norman Mixon
Signature of Debtor 1

Date  12-06-2017

X _____
Signature of Debtor 2

Date _____