UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 13 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

| | | |
|---|---|---|
| In Re: | ) | |
| Norman Mixon | ) | |
| | ) | |
| | ) | Case Number 17-33862 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### NOTICE OF HEARING OF RULE TO SHOW CAUSE
(Electronic Filing of Bankruptcy Pleadings)

**To:** David M. Siegel & Associates            **Re: Docket Entry Number(s)** 24

**Re: Proof of Claim Number(s)**

It appearing to the Clerk of Court that (1) Amended Statement About Your Social Security Numbers with the Notice of Filing
was not filed electronically as required by Federal Rule of Bankruptcy Procedure 5005 (a) (2) and Local Bankruptcy Rule 5005-1(B) and (2) that counsel failed to comply with these rules:

You are hereby directed to appear before the **Honorable Judge Pamela S. Hollis**, or any judge sitting in her place, in **Courtroom 644 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois at 10:30 a.m. on 01/11/2018, Thursday**_____, to show cause why counsel should not be held in contempt of court. **Any failure to comply with this notice** may result in imposition of sanctions to enforce compliance (not to exceed $500 per day) or compensate the clerk of court for the additional expenses incurred as a result of the failure to file the pleading electronically.

Dated: 12/13/2017                    Jeffrey P. Allsteadt
                                     Clerk of the U. S. Bankruptcy Court

Last Updated: 03/27/2017 (AJ)

## CERTIFICATE OF SERVICE

I certify that I caused to be served the attached **RULE TO SHOW CAUSE** to the party by First Class U.S. Mail.

Date: 12/13/2017                    Deputy Clerk: Laura Mendoza